| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | FRITZ CLAPP   (CA Bar No. 99197)<br>Attorney at Law<br>P.O. Box 340458<br>Sacramento, CA 95834-0458<br>Telephone:   (916) 548-1014<br>Facsimile:   (888) 467-2341<br>E-mail:       <mail@fritzclapp.com><br><br>Attorney for Plaintiff<br>HELLS ANGELS MOTORCYCLE CORPORATION |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HELLS ANGELS MOTORCYCLE CORPORATION**,<br><br>    Plaintiff,<br><br>v.<br><br>**FAWN MYERS** and TERRY MYERS,<br><br>    Defendants. | Case No. 1:09-cv-00261-AWI-SMS<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TERRY MYERS TO RESPOND TO FIRST AMENDED COMPLAINT** |

This stipulation is made by and between Plaintiff HELLS ANGELS MOTORCYCLE CORPORATION ("Plaintiff") and Defendant TERRY MYERS ("Defendant"), through their respective counsel, pursuant to L.R. 6-144.

Whereas Defendant was served with Plaintiff's First Amended Complaint ("Complaint") on February 17, 2009;

Whereas Defendant was granted an initial extension of time of thirty (30) days for response to the Complaint to an including April 9, 2009 (Docket #15);  and

Whereas counsel for Plaintiff and Defendant have agreed that to permit further efforts

STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR DEFENDANT
TERRY MYERS TO RESPOND TO FIRST AMENDED COMPLAINT                                Page 1

PDF created with pdfFactory trial version www.pdffactory.com

to resolve the matter, Defendant shall have an additional extension of time to and including April 30, 2009 to answer or otherwise respond to the Complaint.

IT IS HEREBY STIPULATED AND AGREED that Defendant TERRY MYERS shall have an additional extension of time to and including April 30, 2009 to answer or otherwise respond to the Complaint.

Dated: March 25, 2009

/s/  Fritz Clapp
FRITZ CLAPP
Attorney for Plaintiff HELLS ANGELS
MOTORCYCLE CORPORATION

Dated: March 25, 2009

/s/  Michael A. Dias
MICHAEL A. DIAS
Attorney for Defendant TERRY MYERS

## **O R D E R**

Having reviewed the foregoing stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED THAT Defendant TERRY MYERS shall have an additional extension of time to and including April 30, 2009 to answer or otherwise respond to the Complaint.

Dated:  3/27/2009

/s/ Sandra M. Snyder
SANDRA M. SNYDER
U.S. Magistrate Judge

PDF created with pdfFactory trial version www.pdffactory.com