| | |
|---|---|
| 1<br>2<br>3<br>4 | FRITZ CLAPP   (CA Bar No. 99197)<br>Attorney at Law<br>P.O. Box 340458<br>Sacramento, CA 95834-0458<br>Telephone:   (916) 548-1014<br>Facsimile:    (888) 467-2341<br>E-mail:         <mail@fritzclapp.com> |
| 5<br>6 | Attorney for Plaintiff<br>HELLS ANGELS MOTORCYCLE CORPORATION |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HELLS ANGELS MOTORCYCLE CORPORATION**,<br><br>    Plaintiff,<br><br>v.<br><br>**FAWN MYERS** and TERRY MYERS,<br><br>    Defendants. | Case No. 1:09-cv-00261-AWI-SMS<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TERRY MYERS TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**SCHEDULING CONFERENCE**<br>**Old date: 5/13/2009**<br>**NEW DATE:  June 29, 2009**<br>**TIME:    9:30 a.m.** |

This stipulation is made by and between Plaintiff HELLS ANGELS MOTORCYCLE CORPORATION ("Plaintiff") and Defendant TERRY MYERS ("Defendant"), through their respective counsel, pursuant to L.R. 6-144.

STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR DEFENDANT
TERRY MYERS TO RESPOND TO FIRST AMENDED COMPLAINT                               Page 1

PDF created with pdfFactory trial version www.pdffactory.com

Whereas Defendant was served with Plaintiff's First Amended Complaint ("Complaint") on February 17, 2009;

Whereas Defendant was granted an initial extension of time of thirty (30) days for response to the Complaint to an including April 9, 2009 (Docket #15);

Whereas counsel for Plaintiff and Defendant stipulated, and the Court ordered, that Defendant have an additional extension of time to and including April 30, 2009 to answer or otherwise respond to the Complaint (Docket #19); and

Whereas the parties continue in negotiations to conclude this matter by stipulation, and require additional time for such negotiations;

IT IS HEREBY STIPULATED AND AGREED that Defendant TERRY MYERS shall have an additional extension of time to and including May 28, 2009 to answer or otherwise respond to the Complaint.

Dated: April 22, 2009

/s/ Fritz Clapp
FRITZ CLAPP
Attorney for Plaintiff HELLS ANGELS
MOTORCYCLE CORPORATION

Dated: April 22, 2009

/s/ Michael A. Dias
MICHAEL A. DIAS
Attorney for Defendant TERRY MYERS

//////

STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR DEFENDANT
TERRY MYERS TO RESPOND TO FIRST AMENDED COMPLAINT           Page 2

PDF created with pdfFactory trial version www.pdffactory.com

**O R D E R**

Having reviewed the foregoing stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED THAT Defendant TERRY MYERS shall have an additional extension of time to and including May 28, 2009 to answer or otherwise respond to the Complaint.

IT IS FURTHER ORDERED THAT the Scheduling Conference hearing set for May 13, 2009 is continued to June 29, 2009 at 9:30 A.M. before Judge Snyder in Courtroom #7.

Dated: 4/27/2009

/s/ Sandra M. Snyder
SANDRA M. SNYDER
U.S. MAGISTRATE JUDGE

PDF created with pdfFactory trial version www.pdffactory.com