IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELLS ANGELS MOTORCYCLE CORPORATION,<br><br>          Plaintiff,<br><br>   v.<br><br>FAWN MYERS and TERRY MYERS,<br><br>          Defendants. | NO. 1:09-CV-00261-AWI-SMS<br><br>PERMANENT INJUNCTION AND FINAL JUDGMENT AGAINST DEFENDANT TERRY MYERS |

Having considered the Stipulation for Entry of Permanent Injunction and for Final Judgment filed herein by Plaintiff HELLS ANGELS MOTORCYCLE CORPORATION ("Plaintiff HAMC") and Defendant TERRY MYERS ("Defendant Myers"), and good cause appearing therefor,

It is hereby ORDERED, ADJUDGED and DECREED that:

1. This court has jurisdiction over the subject matter and the parties pursuant to 28 U.S.C. §§ 1331 and 1338.

2. Venue is proper in this district as to Defendant Myers.

3. The First Amended Complaint against Defendant Myers states a claim upon which relief may be granted against Defendant Myers, under 15 U.S.C. § 1125(d).

4. Plaintiff HAMC and Defendant Myers have waived all rights to appeal or otherwise challenge or contest the validity of this judgment and order.

5. The facts alleged in the First Amended Complaint shall be taken as true for the purpose of a non-dischargeability complaint in any bankruptcy proceeding.

6. Defendant Myers shall cause the registrations for the following Internet domains to be transferred and their ownership assigned to Plaintiff HAMC:

| | |
|---|---|
| HA-MC.COM | 81CT.COM |
| HA-MC.INFO | 81EU.COM |
| ALL81.COM | 81FL.COM |
| USA81.COM | 81HI.COM |
| 81USA.COM | 81NJ.COM |
| 81-MC.COM | 81NV.COM |
| 81USA.INFO | 81NY.COM |
| 81-MC.INFO | 81OC.COM |
| 81MC.INFO | 81TX.COM |
| 81AZ.COM | 81UT.COM |
| 81CA.COM | 81WA.COM |

7. Defendant Myers shall be, and hereby is, permanently enjoined from acquiring, owning, offering to sell, or selling, any Internet domain name including or incorporating Plaintiff HAMC's "HAMC" or "81" marks.

8. Judgment is hereby entered in favor of Plaintiff HAMC and against Defendant Myers in the sum of Fifteen Thousand Dollars ($15,000), subject to the following provisions:

   a.) Enforcement of this judgment shall be stayed until January 8, 2010;

   b.) Upon payment to Plaintiff HAMC by Defendant Myers of two installments in the amount of Five Thousand Dollars ($5,000) each, on or before January 8, 2010, then the judgment shall be fully satisfied;

   c.) In the event Defendant has not paid to Plaintiff the sum of Ten Thousand Dollars ($10,000) on or before January 8, 2010, Plaintiff may thereafter execute on the full amount of the judgment less any payments that Defendant shall have made to that date; and

   d.) Plaintiff HAMC shall file an acknowledgment of partial or full satisfaction, as appropriate, within TEN (10) days after receipt of any voluntary or involuntary payment by Defendant Myers toward the judgment.

//

9. Jurisdiction shall be retained for the purpose of enabling any party to this judgment to apply to the Court at any time for such further orders or directions as may be necessary or appropriate for the carrying out of this judgment, for the resolution of any dispute or for the modification or termination of any of the injunctive provisions herein, for the enforcement of compliance therewith, and the punishment of violation thereof.

IT IS SO ORDERED.

**Dated: May 27, 2009**        /s/ **Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE